1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   TOTAL RECALL TECHNOLOGIES,

11              Plaintiff,                           No. C 15-02281 WHA

12     v.

13   PALMER LUCKEY and OCULUS VR,          **ORDER APPROVING**
     INC.,                                 **PROPOSED SCHEDULE FOR**
14                                         **BRIEFING ON DEFENDANTS'**
                                           **MOTION TO DISMISS**
15              Defendants.
     _____/

16

17          The parties have stipulated to an alternative schedule for briefing defendants' motion to

18   dismiss.  Good cause shown, the alternative schedule is **APPROVED**, however, **ALL OTHER**

19   **DEADLINES REMAIN IN PLACE**.

20

21          **IT IS SO ORDERED.**

22

23   Dated:   August 3, 2015.

                                           _____
24                                         WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28

*United States District Court*
For the Northern District of California