IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

v.

OCULUS VR, INC., and PALMER LUCKEY,

    Defendants.

No. C 15-02281 WHA

**ORDER REQUESTING COMMENT FROM DEFENDANTS**

On August 31, plaintiff filed an amended complaint in lieu of responding to defendants' motion to dismiss. By **SEPTEMBER 2 AT NOON**, defendants shall inform the Court whether the amended complaint addresses the arguments raised in their motion to dismiss such that the motion should be denied as moot, without prejudice to a renewed motion to dismiss based on the amended pleadings.

**IT IS SO ORDERED.**

Dated: September 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE