United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

      Plaintiff,

  v.

PALMER LUCKEY and OCULUS VR,
LLC, as successor-in-interest to Oculus
VR, Inc.,

      Defendants.

                       /

No. C 15-02281 WHA

**ORDER DENYING
DEFENDANTS' MOTION
TO DISMISS AS MOOT**

Plaintiff has timely filed an amended complaint.  Defendants have informed the Court

that they wish to withdraw their pending motion to dismiss, although they intend to file a new

motion to dismiss the amended complaint.  Accordingly, defendants' motion to dismiss is

**DENIED AS MOOT**.  This is without prejudice to a new motion to dismiss directed to the amended

complaint.

    **IT IS SO ORDERED.**

Dated:   September 2, 2015.

                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE