IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PALMER LUCKEY and OCULUS VR,<br>LLC, as successor-in-interest to Oculus<br>VR, Inc.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 15-02281 WHA<br><br>**ORDER APPROVING<br>PROPOSED SCHEDULE FOR<br>BRIEFING ON DEFENDANTS'<br>MOTION TO DISMISS** |

　　　The parties have stipulated to an alternative schedule for briefing defendants' motion to dismiss plaintiff's amended complaint, which includes two new claims. The alternative schedule would extend the deadline for defendants to file their motion to dismiss by one week and would give plaintiff an additional week to file its response to that motion. Good cause shown, the alternative schedule is **APPROVED**, however, **ALL OTHER DEADLINES REMAIN IN PLACE**.

　　　**IT IS SO ORDERED.**

Dated: September 2, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE