IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY and OCULUS VR, INC.,

    Defendants.

No. C 15-02281 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court **SETS** a three-hour meet-and-confer for **TUESDAY, OCTOBER 13, 2015, STARTING FROM 8:00 A.M. AND CONTINUING TO 11:00 A.M.** in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. At **11:00 A.M.**, the Court shall hear any remaining discovery issue(s) in Courtroom 8. Defendants' response is due by noon on October 8.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 5, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE