IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>  Plaintiff,<br><br>  v.<br><br>PALMER LUCKEY and OCULUS VR, INC.,<br><br>  Defendants. | No. C 15-02281 WHA<br><br>**ORDER REQUESTING RESPONSE** |

Plaintiff filed a discovery letter on October 2. Defendants were asked to submit a response by October 8, and the parties were ordered to meet and confer in the Court's jury room on **TUESDAY, OCTOBER 13, 2015**. Before filing their response, defendants filed a discovery letter of their own. Plaintiff shall file a response to defendants' new letter by **OCTOBER 9**. The Court will hear any remaining disputes on either issue at **11:00 A.M. ON OCTOBER 13**.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: October 8, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE