IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY and OCULUS VR, INC.,

    Defendants.

No. C 15-02281 WHA

**AMENDED ORDER RE PLAINTIFF'S DISCOVERY LETTER AND VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Following a hearing on the parties' discovery dispute, defendants are hereby ordered as follows: (i) defendants shall assert any objections to plaintiff's outstanding discovery requests within **ONE WEEK**, (ii) all objections shall be resolved and production completed within **FOUR WEEKS**, (iii) defendants' pending motion to dismiss shall be held in abeyance until all objections are fully resolved and production is complete. The hearing on that motion scheduled for **OCTOBER 29** is **VACATED**. This does not affect the briefing schedule.

Plaintiff has elected to stand by the categories of confidential information that it has identified. If it is later revealed that plaintiff could have identified the confidential information at issue more specifically at this stage and that the disclosures made were too vague, plaintiff will be precluded from asserting claims based on inadequately disclosed confidential information.

**IT IS SO ORDERED.**

Dated: October 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE