IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>  v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>    Defendants. | No. C 15-02281 WHA<br><br>**ORDER APPROVING AMENDMENT TO STIPULATED PROTECTIVE ORDER** |

The parties have stipulated to a modification of the definition of "House Counsel" in their stipulated protective order to include the in-house legal department of defendants' parent company (Dkt. No. 66). Good cause shown, the stipulated amendment is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: November 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE