IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>  v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>    Defendants. | No. C 15-02281 WHA<br><br>**REQUEST RE<br>UPCOMING HEARING** |

Plaintiff's motion for leave to amend is set for a hearing on **JANUARY 7**. Defendants' motion to dismiss has been held in abeyance pending resolution of a discovery dispute. Neither party has raised any objections with regard to defendant's production. Accordingly, the parties should please come prepared to argue defendants' motion to dismiss along with plaintiff's motion.

Dated: January 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE