**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES, | No. C 15-02281 WHA |
| Plaintiff, | |
| v. | |
| PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc., | **ORDER SETTING SCHEDULE RE DISCOVERY DISPUTES** |
| Defendants. | |

Defendants have filed two discovery letters, and plaintiff has filed one (Dkt. Nos. 90, 92, 93). Defendants' second letter involves plaintiff's assertion of privilege, which is best decided on a sworn record and with the benefit of full briefing. By **MARCH 8 AT NOON**, defendants shall file a formal motion relating to the privilege issues. Plaintiff's response shall be due on **MARCH 15 AT NOON**, and defendants' reply shall be due **MARCH 22 AT NOON**. The motion will be heard on **MARCH 29 AT 1:00 P.M.**

As to the remaining discovery motions, the Court hereby **SETS** a three-hour meet-and-confer in the Court's jury room on the nineteenth floor of the San Francisco federal courthouse. from **STARTING FROM 8:00 A.M. TO 11:00 A.M. ON WEDNESDAY, MARCH 9**. At **11:00 A.M.**, the Court will hear any remaining discovery issue(s) relating to plaintiff's letter and defendants' first letter in Courtroom 8. The parties' responses are due by **MARCH 7 AT NOON**. No replies please.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: March 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE