IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　Plaintiff,<br><br>　v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>　　　Defendants. | No. C 15-02281 WHA<br><br>**ORDER DENYING DEFENDANTS' SEALING MOTION** |

On March 2, defendants moved to file under seal Total Recall's privilege log, which it appended as Exhibit A to its discovery letter, because Total Recall designated the log as "Confidential — Attorney's Eyes Only" under the protective order in this action (Dkt. No. 91). The deadline for Total Recall to file a supporting declaration was March 7. No declaration was filed. Accordingly, defendants' sealing motion is **DENIED**.

Dated: March 9, 2016.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE