IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>  Plaintiff,<br><br>  v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>  Defendants. | No. C 15-02281 WHA<br><br>**ORDER RE DISCOVERY DISPUTES** |

For the reasons stated on the record at the hearing on March 9, the Court has ruled on the parties' discovery disputes. The court reporter's transcript will constitute the order thereon.

**IT IS SO ORDERED.**

Dated:   March 9, 2016.

                                                                       WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE