United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

      Plaintiff,

  v.

PALMER LUCKEY and OCULUS VR,
LLC, as successor-in-interest to Oculus
VR, Inc.,

      Defendants.

_____/

No. C 15-02281 WHA

**CLARIFICATION RE COURT-
ORDERED INTERROGATORIES**

     With respect to Question 1, a confidential legend in a string of communications counts only for the email to which it was originally attached.  List only that email.

     **IT IS SO ORDERED.**

Dated:   March 10, 2016.

                  WILLIAM ALSUP
                  UNITED STATES DISTRICT JUDGE