IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>  Plaintiff,<br><br>  v.<br><br>PALMER LUCKEY and OCULUS VR,<br>LLC, as successor-in-interest to Oculus VR,<br>Inc.,<br><br>  Defendants. | No. C 15-02281 WHA<br><br>**ORDER DENYING<br>DEFENDANTS' REQUEST<br>FOR A STAY** |

The Court has read the parties' submissions regarding the Hawaii litigation and read Paragraph 19 of the partnership agreement.

The defendant is hereby granted permission to bring a motion for summary judgment directed to Total Recall's authority to maintain this lawsuit without prejudice to a later summary judgment motion on other issues. The depositions of Thomas Seidl and Ron Igra must go forward as scheduled, and the summary judgment motion must be filed within **TWO WEEKS** thereafter.

For the time being, no stay will be entered, but the Court possibly will consider a stay upon review of the submissions on summary judgment.


Dated: March 15, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE