UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** 3/29/16 | **Time:** 1 hour | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 3:15-cv-02281-WHA | **Case Name:** Total Recall Technologies v. Palmer Luckey | |
| **Deputy Clerk:** Dawn Logan | **Court Reporter:** JoAnn Bryce | |

**Attorney for Plaintiff:** Kathe Makhzoumi; Charlie Sierberg; Brian Cannon

**Attorney for Defendant:** Angela Dunning; Mark Lambert

PROCEEDINGS

Motion to Compel (dkt #98) - Taken Under Submission

**PRETRIAL SCHEDULE:**