IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>PALMER LUCKEY and OCULUS VR,<br>LLC, as successor-in-interest to Oculus<br>VR, Inc.,<br><br>Defendants.<br>                                                                 / | No. C 15-02281 WHA<br><br>**ORDER REFERRING FURTHER<br>DISCOVERY DISPUTES<br>TO MAGISTRATE JUDGE** |

We have already had four discovery disputes in this matter, and now there are two more pending. The two further motions for discovery relief relating to transcripts from the *Zenimax* case, unlogged redactions, and privilege assertions over communications between Igra and Seidl are hereby **REFERRED** to a magistrate judge for assignment at random by the Clerk of Court. It is the responsibility of counsel to make sure these issues are pursued before the magistrate judge in a timely manner and in accordance with that judge's procedure. All future discovery problems are likewise referred to the magistrate judge. The Court does not intend to extend the discovery deadline.

**IT IS SO ORDERED.**

Dated: April 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE