UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>PALMER LUCKEY, et al.,<br><br>    Defendants. | Case No. 15-cv-02281-WHA   (SK)<br><br>**ORDER REGARDING DISCOVERY DISPUTE**<br><br>Regarding Docket No. 131 |

On April 21, 2016, the parties filed a joint letter brief presenting a discovery dispute to the Court concerning documents that Plaintiff Total Recall Technologies ("TRT") is refusing to produce on the grounds of attorney-client privilege. The Court HEREBY ORDERS TRT to provide to the Court for *in camera* review unredacted copies of the 100 documents that it is refusing to produce. In addition, with respect to the documents that TRT has clawed back, TRT shall provide all previously produced versions, highlighting which portions had been redacted and noting the dates the versions had been produced. Moreover, TRT shall provide chambers' copies to the Court of the following other documents: (1) emails between Ron Igra and Micky Hevrony that were produced pursuant to the Court's Order issued on April 4, 2016; (2) the complaint from the first action in Hawaii that Igra filed against Thomas Seidl; and (3) all other documents referenced by the parties in this discovery letter. TRT shall provide these documents April 28, 2016.

Plaintiff TRT may submit these documents for *in camera* review by presenting them in person to the Chambers of this Court (located on the 15th floor) by 5:00 p.m. or by delivering them in person during this Court's regular criminal calendar at 9:30 a.m. on April 28, 2016 in Courtroom A.

**IT IS SO ORDERED**.

1  Dated: April 22, 2016

_____
SALLIE KIM
United States Magistrate Judge