UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    v.<br><br>PALMER LUCKEY, et al.,<br><br>    Defendants. | Case No. 15-cv-02281-WHA (SK)<br><br>**ORDER SETTING TELEPHONIC HEARING**<br><br>Regarding Docket Nos. 138 |

On April 22, 2016, nonparties ZeniMax Media, Inc and id Software, LLC (collectively referred to as "ZeniMax") filed a discovery letter brief regarding the deposition of John Carmack scheduled for April 28, 2016. ZeniMax and the parties in the above captioned matter are HEREBY ORDERED to participate in a telephonic hearing on April 26, 2016 at 3:00 p.m. Counsel shall set up the call and email the Court at skcrd@cand.uscourts.gov with the dial-in information by no later than 11:00 a.m. on April 26, 2016.

**IT IS SO ORDERED**.

Dated: April 25, 2016

SALLIE KIM
United States Magistrate Judge