1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Robert P. Feldman (Bar No. 69602)
2    bobfeldman@quinnemanuel.com
     Robert W. Stone (Bar No. 163513)
3    robertstone@quinnemanuel.com
     Brian Cannon (Bar No. 193071)
4    briancannon@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  *Attorneys for Plaintiff Total Recall Technologies*

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA,

10  SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  TOTAL RECALL TECHNOLOGIES, | Case No. 3:15-cv-02281-WHA |
| 12  *Plaintiff*, | **TOTAL RECALL'S LETTER REGARDING COMPLIANCE WITH DKT. NO. 134** |
| 13  vs. | |
| 14  PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to OCULUS VR, Inc., | |
| 15  | **Trial Date: September 12, 2016** |
| 16  *Defendants*. | |

April 28, 2016
Honorable Magistrate Judge Sallie Kim
United States District Court,
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Dear Judge Kim:

In compliance with the Court's April 22, 2016 Order (Dtk. No. 134), Plaintiff Total Recall Technologies ("TRT") has submitted the following materials to the Court for *in camera* review:

- Unredacted copies of the documents at issue in the Parties' Joint Letter Brief (Dkt. No. 131);
- Redacted copies of the documents at issue in the Parties' Joint Letter Brief (Dkt. No. 131);
- Previously produced versions of documents clawed back by TRT, highlighting which portions had been redacted as of the date produced;
- All emails produced pursuant to Court Order issued on April 4, 2016 (Dkt. No. 125);
- The Complaint from the first action in Hawaii that Ron Igra filed against Tom Seidl;
- Two remaining documents referenced in the Joint Discovery Letter and not included in any of the materials listed above.

To fully comply with the Court's Order, Total Recall included all documents not previously produced in full and highlighted by Defendants in Exhibits A-C to the Joint Letter Brief (Dkt. Nos. 131-1 – 131-3). The material set forth above amounts to a voluminous number of documents, in large part due to the nature of email chains and privilege logs. Often, the same portion of a document over which TRT has claimed privilege is repeated in many other documents. We would be happy to provide representative sets of documents and to follow the Court's guidance with respect to decisions about those documents.

1 | DATED: April 28, 2016

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By _/s/ Robert W. Stone_
Robert W. Stone

Attorneys for Plaintiff TOTAL RECALL
TECHNOLOGIES