IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

Plaintiff,

v.

PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,

Defendants.

No. C 15-02281 WHA

**ORDER PARTIALLY STAYING CASE**

In light of the pending Hawaii litigation and the uncertainty regarding standing, this case hereby **STAYED**, except for the pending motion for summary judgment, expert reports that bear on the pending motion, and the pending discovery dispute. Additionally, all discovery motions must be timely made to Magistrate Judge Sallie Kim pursuant to Civil L.R. 37-3. (In other words, the imposition of this stay does not extend the deadline for discovery motions.)

Dated: May 3, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE