UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PALMER LUCKEY, et al.,<br><br>　　　　　Defendants. | Case No.  15-cv-02281-WHA   (SK)<br><br>**ORDER DIRECTING PLAINTIFF TO ANSWER QUESTIONS** |

In order to fully address the pending discovery dispute, the Court HEREBY ORDERS Plaintiff to answer the following questions:

(1) What, if any, documents has Ron Igra or Thomas Seidl produced in the pending Hawaii Action?

(2) If documents have been produced, what, if any, documents were designated as confidential under the protective order in that action?

Plaintiff shall provide answers to these questions in writing by no later than noon on May 9, 2016.

**IT IS SO ORDERED**.

Dated: May 4, 2016

_____
SALLIE KIM
United States Magistrate Judge