Case 3:15-cv-02281-WHA   Document 153-1   Filed 05/06/16   Page 1 of 2

1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Robert P. Feldman (Bar No. 69602)
2    bobfeldman@quinnemanuel.com
     Robert W. Stone (Bar No. 163513)
3    robertstone@quinnemanuel.com
     Brian Cannon (Bar No. 193071)
4    briancannon@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
5  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
6  Facsimile:   (650) 801-5100

7  *Attorneys for Plaintiff Total Recall Technologies*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| TOTAL RECALL TECHNOLOGIES, | Case No. 3:15-cv-02281-WHA |
|---|---|
| *Plaintiff*, | |
| vs. | **DECLARATION OF RON IGRA IN SUPPORT OF TOTAL RECALL'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to OCULUS VR, Inc., | |
| *Defendants*. | |

06533-00001/7942380.1

Case No. 3:15-cv-02281-WHA
DECLARATION OF RON IGRA

I, Ron Igra, hereby declare as follows:

1. I am a partner in Total Recall Technologies ("Total Recall"), along with Thomas Seidl.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between Mr. Seidl and me dated January 18-19, 2015, produced by Total Recall in this action, and bearing production numbers TR00003844-TR00003848.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email with an attachment that I received from Mr. Seidl on February 24, 2015, produced by Total Recall in this action, and bearing production numbers TR00000994-TR00000998.

4. Attached hereto as **Exhibit 3** is a true and correct copy of an email with an attachment that I received from Mr. Luckey on February 25, 2015, produced by Total Recall in this action, and bearing production numbers TR00000988-TR00000992.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email with an attachment that I sent to Messrs. Luckey and Seidl on February 27, 2015, produced by Total Recall in this action, and bearing production numbers TR00001934-TR00001936.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email that I received from Mr. Luckey on March 9, 2015, produced by Total Recall in this action, and bearing production numbers TR00001932-TR00001933.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2016 in Toronto, Canada.

*/s/ Ron Igra*

Ron Igra