**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

        Plaintiff,

  v.

PALMER LUCKEY and OCULUS VR,
LLC, as successor-in-interest to Oculus
VR, Inc.,

        Defendants.

_____/

No. C 15-02281 WHA

**ORDER DENYING
SEALING MOTIONS**

Both sides filed motions seeking leave to file documents submitted in conjunction with defendants' motion for summary judgment under seal (Dkt. Nos. 133, 152, 157). The parties designating the materials as confidential did not file supporting declarations as required by Civil L.R. 79-5(e)(1). All sealing motions are hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:   June 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE