IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　Plaintiff,<br><br>　v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>　　Defendants. | No. C 15-02281 WHA<br><br>**ORDER TO SHOW CAUSE** |

　　On June 16, 2016, an order stated that summary judgment would be granted for defendants, but that the effect of the order would be stayed until Ron Igra and Thomas Seidl together ratified the actions of our plaintiff or until the court in Hawaii issued an order to the same effect. The order stated the stay would not last indefinitely but would last through December to allow the Hawaii case to conclude. It set a case management conference for January 12 and ordered the parties to file a joint status update seven days prior to the conference (Dkt. No. 179).

　　The Court has learned that the parties have stipulated to the dismissal of all parties in the Hawaii action. Therefore, all parties herein must show whatever cause they can by sworn declarations on or before **JANUARY 5 AT NOON**, why the case should not be dismissed for the reasons stated in the June 16 order.

Counsel for both sides shall promptly deliver a copy of this order to counsel for Seidl.

**IT IS SO ORDERED.**

Dated:   December 20, 2016.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2