IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>   Plaintiff,<br><br>   v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>   Defendants. | No. C 15-02281 WHA<br><br>**ORDER TO SHOW CAUSE** |

As stated at the hearing, plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to comply with the terms of the June 16, 2016, order. Plaintiff shall file a formal motion noticed on the normal thirty-five day calendar and supported by a sworn record by **JANUARY 26**.

**IT IS SO ORDERED.**

Dated: January 12, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE