IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

v.

PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,

    Defendants.

No. C 15-02281 WHA

**JUDGMENT**

For the reasons stated in the accompanying order lifting the stay and granting defendants' motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Palmer Luckey and Oculus VR, LLC, and against plaintiff Total Recall Technologies. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE