QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert P. Feldman (Bar No. 69602)
bobfeldman@quinnemanuel.com
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Brian Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Plaintiff Total Recall Technologies*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br>*Plaintiff*,<br>vs.<br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to OCULUS VR, Inc.,<br>*Defendants*. | Case No. 15-cv-02281-WHA<br>**NOTICE OF APPEAL** |

To the clerk of the court and all parties of record:

NOTICE IS HEREBY GIVEN that Plaintiff Total Recall Technologies appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court (ECF. No. 214), entered in this case on March 9, 2017, and each and every part thereof insofar as adverse to Total Recall Technologies, and any and all orders, decisions, and rulings that gave rise to the judgment, including but not limited to the orders reflected in district court docket entry numbers 80, 82, 117, 132, 149, 179, 192 and 213.

DATED: April 7, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Robert W. Stone*
Robert W. Stone

Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES