IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

v.

PALMER LUCKEY and OCULUS VR, INC.,

    Defendants.

No. 15-02281 WHA

**CASE MANAGEMENT ORDER AFTER REMAND**

    This order memorializes the orders given to the parties at the case management conference held on December 13, 2018. By **DECEMBER 31, 2018**, each party should please file on the docket a list of every dispositive motion that party believes it will or should make in this case. The list should specifically include the reasons as to why such a motion has any merit.

    As to the dispositive motion for the threshold Rule 9(a) issue, defendants' opening brief must be filed on the docket by **JANUARY 10, 2019**; plaintiff's response must subsequently be filed on the docket by **JANUARY 24, 2019**. The hearing will be held on **FEBRUARY 5, 2019** at **8:00 A.M.** Briefing shall be limited to the threshold issue our court of appeals mandated the undersigned judge to consider. No other motions or issues will be considered.

**IT IS SO ORDERED.**

Dated: December 14, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE