UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

| **Date:** December 13, 2018 | **Time:** 3:01 - 3:23 = 22 minutes | **Judge:** WILLIAM ALSUP |
|---|---|---|
| **Case No.:** 15-cv-02281-WHA | **Case Name:** Total Recall Technologies v. Palmer Luckey, et al | |
| **Deputy Clerk:** Tracy Geiger | **Court Reporter:** Marla Knox | |

**Attorney for Plaintiff:** Robert Stone; Brian Cannon; Andrea Pallios Roberts

**Attorney for Defendant:** Angela Dunning; Lauren Goldman

PROCEEDINGS

Initial Case Management Conference - HELD

**PRETRIAL SCHEDULE:**

Deadline of December 31, 2018 for parties to submit a list of each dispositive motion they think they should make and explain why.

Defendant's opening brief re: threshold Rule 9(a) issue due by January 10, 2019. Plaintiff's response due by January 24, 2019.

Hearing set for February 5, 2019 at 8:00 a.m.