QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Brian Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| TOTAL RECALL TECHNOLOGIES, | CASE NO. 15-CV-02281 WHA |
|---|---|
| Plaintiff, | **PLAINTIFF TOTAL RECALL TECHNOLOGIES' LIST OF DISPOSITIVE MOTIONS** |
| vs. | |
| PALMER LUCKEY and OCULUS VR, INC., | |
| Defendants. | |

Pursuant to this Court's Case Management Order After Remand (Dkt. 236), Plaintiff Total Recall Technologies states that it intends to file no motions for summary judgment and respectfully requests this case be scheduled for trial.

| | | |
|---|---|---|
| 1 | DATED:  December 31, 2018 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By   */s/ Robert W. Stone*
Robert W. Stone
Brian Cannon
Andrea Pallios Roberts
Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES