IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>PALMER LUCKEY and OCULUS VR, LLC, as successor-in-interest to Oculus VR, Inc.,<br><br>Defendants. | No. C 15-02281 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting defendants' motion for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Palmer Luckey and Oculus VR, LLC, and against plaintiff Total Recall Technologies. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: March 7, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE