| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 21 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

TOTAL RECALL TECHNOLOGIES,

    Plaintiff-Appellant,

v.

PALMER LUCKEY; OCULUS VR, LLC,

    Defendants-Appellees.

No. 19-15544

D.C. No. 3:15-cv-02281-WHA
Northern District of California,
San Francisco

ORDER

Before: WALLACE and BERZON, Circuit Judges, and BERG,* District Judge.

    Appeal No. 19-15544 is assigned to the panel that decided appeal No. 17-15668. Appellant's motion to assign this case to the original panel (Docket Entry No. 13) is denied as unnecessary.

    Appellees' unopposed motion to extend time to file the answering brief (Docket Entry No. 15) is granted. The answering brief is due October 3, 2019. The optional reply brief is due within 21 days after service of the answering brief.

---

    *    The Honorable Terrence Berg, United States District Judge for the Eastern District of Michigan, sitting by designation.

SM/MOATT