UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 12 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES, Plaintiff-Appellant, v. PALMER LUCKEY; OCULUS VR, LLC, Defendants-Appellees. | No. 19-15544 D.C. No. 3:15-cv-02281-WHA Northern District of California, San Francisco ORDER |

Before: WALLACE and BERZON, Circuit Judges, and BERG,[*] District Judge.

In light of coronavirus concerns, the court is willing to have lawyers appear for argument on March 24, 2020 by video conference. The judges may also appear by video conference. If any lawyer wishes to appear by video conference, Plaintiff-Appellant should inform the court by March 17, 2020. The Court will then provide technical information about arranging for a video conference.

---

[*] The Honorable Terrence Berg, United States District Judge for the Eastern District of Michigan, sitting by designation.