FILED

MAR 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff-Appellant,<br><br>　v.<br><br>PALMER LUCKEY; OCULUS VR, LLC,<br><br>　　　　Defendants-Appellees. | No.   19-15544<br><br>D.C. No. 3:15-cv-02281-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  WALLACE and BERZON, Circuit Judges, and BERG,[*] District Judge.

　　The court is postponing argument until April 21, 2020, at 10 am. All parties, as well as the judges, will appear for argument by video. Technical arrangements for the video argument will be made available in the coming weeks.

---

　　[*]　The Honorable Terrence Berg, United States District Judge for the Eastern District of Michigan, sitting by designation.