UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

v.

PALMER LUCKEY, et al.,

    Defendants.

No. C 15-02281 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

In receipt of the mandate from our court of appeals, a case management conference is hereby SET for JULY 30, 2020, at **11:00 A.M.** The parties shall please file a joint case management statement by JULY 23 at NOON.

Per GENERAL ORDER 72-4, the case management conference will be held telephonically. The courtroom deputy will provide dial-in information separately.

**IT IS SO ORDERED.**

Dated: July 8, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE