QUINN EMANUEL URQUHART & SULLIVAN, LLP
ROBERT W. STONE (Bar No. 163513)
  robertstone@quinnemanuel.com
BRIAN CANNON (Bar No. 193071)
  briancannon@quinnemanuel.com
ANDREA PALLIOS ROBERTS (Bar No. 228128)
  andreaproberts@quinnemanuel.com
BINGXUE QUE (aka ALLISON QUE) (Bar No. 324044)
  allisonque@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

MICHAEL D. POWELL (Bar No. 202850)
  mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PALMER LUCKEY & FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLC),<br><br>　　　　Defendant. | CASE NO. 15-CV-02281 WHA<br><br>**PLAINTIFF TRT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS SUPPLEMENTAL BRIEFING PER COURT'S MARCH 8, 2021 ORDER (DKT. 345) AND SUPPORTING EXHIBITS THERETO**<br><br>Judge:　Honorable William H. Alsup<br>Trial Date: Continued<br>Complaint Filed: May 20, 2015 |
|---|---|

Pursuant to Civil L.R. 7-11 and 79-5, Plaintiff Total Recall Technologies ("TRT") respectfully requests to file under seal certain portions of its Supplemental Briefing Per Court's March 8, 2021 Order (Dkt. 345) ("Supplemental Briefing") and certain supporting exhibits thereto.

## I. LEGAL STANDARD

Civil Local Rule 79-5 requires that a party seeking sealing "establish[] that the document, or portions thereof, are privileged, protectable as trade secret or otherwise entitled to protection under the law" (*i.e..*, is "sealable").  Civil L.R. 79-5(b).  The sealing request must also "be narrowly tailored to seek sealing only of sealable material."  *Id.*

## II. DOCUMENTS SOUGHT TO BE SEALED

Pursuant to the Stipulated Protective Order, TRT seeks to seal or redact certain exhibits to the Powell Declaration and related portions of the Supplemental Briefing.  TRT seeks to seal these exhibits only because Defendants have designated the documents, or information therein, confidential or highly confidential.

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Plaintiff TRT's Supplemental Briefing Per Court's March 8, 2021 Order (Dkt. 345) | Blue highlighted portions that refer to or summarize non-public information in the sealed/redacted exhibits below | Defendants |
| Ex. 11 | Blue highlighted portions (Page 91792) | Defendants |
| Ex. 12 | Blue highlighted portions (Page 91772) | Defendants |
| Ex. 16 | Entire document | Defendants |
| Ex. 22 | Entire document | Defendants |
| Ex. 25 | Entire document | Defendants |
| Ex. 29 | Entire document | Defendants |
| Ex. 30 | Entire document | Defendants |
| Ex. 37 | Entire document | Defendants |

| Document | Portions to be Filed Under Seal | Designating Party |
|---|---|---|
| Ex. 54 | Blue highlighted portions (Page 91835) | Defendants |

### III. CONCLUSION

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the above listed documents accompany this Administrative Motion. For the foregoing reasons, TRT respectfully requests that the Court grant TRT's Administrative Motion.

DATED: March 19, 2021    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  */s/ Michael D. Powell*
  Michael D. Powell
  Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Mike D. Powell.

  */s/ Robert W. Stone*
  Robert W. Stone