MAYER BROWN LLP
Lauren R. Goldman (*pro hac vice*)
Michael Rayfield (*pro hac vice*)
1221 Avenue of the Americas
New York, NY 10016
Telephone: (212) 506-2500
lrgoldman@mayerbrown.com
mrayfield@mayerbrown.com

COOLEY LLP
Michael G. Rhodes (116127)
Mark F. Lambert (197410)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone: (650) 843-5000
rhodesmg@cooley.com
mlambert@cooley.com

Attorneys for Defendants Palmer Luckey and
Facebook Technologies, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>        Plaintiff,<br><br>vs.<br><br>PALMER LUCKEY and FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLC),<br><br>        Defendants. | Case No. 15-cv-02281 (WHA)<br><br>**SUPPLEMENTAL DECLARATION OF MICHAEL RAYFIELD IN SUPPORT OF DEFENDANTS'** ***DAUBERT*** **MOTION** |

I, Michael Rayfield, hereby declare as follows:

1. I am a partner with the law firm Mayer Brown LLP, counsel for defendants Palmer Luckey and Facebook Technologies, LLC ("defendants") in the above-captioned matter. I have been granted leave to appear *pro hac vice* in this case.

2. I make this declaration on my own personal knowledge and, if called upon as a witness to do so, I could and would competently testify as to the matters set forth herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the document Bates numbered LUCKEY0147687-688, Exhibit 12 to the deposition of Thomas Seidl.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 11 to the deposition of Thomas Seidl.

5. Attached hereto as **Exhibit 3** is a redline document that truly and correctly reflects the differences between the text of Exhibit 2 and the text of Exhibit 1.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the deposition of Thomas Seidl, dated April 5, 2016.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the hearing held in this case on February 8, 2021.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Court-Ordered Interrogatories filed in this case on March 9, 2016 (Dkt. 101).

9. Attached hereto as **Exhibit 7** is a true and correct copy of plaintiff's Response to Court-Ordered Interrogatory No 1, filed in this case on March 14, 2016 (Dkt. 109).

10. Attached hereto as **Exhibit 8** is a true and correct copy of the document Bates numbered LUCKEY0091455-466.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the document Bates numbered LUCKEY0144219-229, Exhibit 14 to the deposition of Thomas Seidl.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the document Bates numbered TR00008650-652.

13. Attached hereto as **Exhibit 11** is a true and correct copy of plaintiff's Responses and Objections to Defendants' First Set of Requests for Admission (Nos. 1-22) served in this action on February 11, 2016.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the expert report of Professor Ravin Balakrishnan, dated October 30, 2020.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the document Bates numbered TR00000885-977, Exhibit 17 to the deposition of Thomas Seidl.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the document Bates numbered LUCKEY0144181-191, Exhibit 15 to the deposition of Thomas Seidl.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the document Bates numbered LUCKEY0145585-600.

18. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the transcript of the deposition of Palmer Luckey, dated April 14 and 15, 2016.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the document Bates numbered LUCKEY0091862-871.  Pursuant to ECF guidelines, financial account information has been redacted from this document because it is being filed publicly.

20. Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the transcript of the deposition of Ron Igra, dated April 8, 2016.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the document Bates numbered LUCKEY0140130-142, Exhibit 139 to the deposition of Palmer Luckey.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the document Bates numbered LUCKEY0329580, Exhibit 22 to the deposition of Thomas Seidl.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the document Bates numbered LUCKEY0329355.

24. Attached hereto as **Exhibit 22** is a true and correct copy of the document Bates numbered LUCKEY0281816, Exhibit 164 to the deposition of Palmer Luckey.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the document Bates numbered LUCKEY0281822, Exhibit 166 to the deposition of Palmer Luckey.

26. Attached hereto as **Exhibit 24** is a true and correct copy of the document Bates numbered LUCKEY00281823, Exhibit 167 to the deposition of Palmer Luckey.

27. The exhibits contain highlighting added for ease of the Court's reference.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 19th day of March, 2021 in New York, New York.

*/s/ Michael Rayfield*
Michael Rayfield

**ATTESTATION**

I, Lauren R. Goldman, am the ECF user whose ID and password are being used to file this **Supplemental Declaration of Michael Rayfield in Support of Defendants' Daubert Motion**. Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of the signatory in the filing of this document.

Dated: March 19, 2021

*/s/ Lauren R. Goldman*
Lauren R. Goldman