# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:15-cv-02281

Date case was first filed in U.S. District Court: 05/20/2015

Date of judgment or order you are appealing: 03/25/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant-Appellant PALMER LUCKEY

Is this a cross-appeal? ○ Yes    ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?    ◉ Yes    ○ No

If Yes, what is the prior appeal case number? 17-15668; 19-15544

Your mailing address:

Durie Tangri LLP

217 Leidesdorff Street

City: San Francisco    State: CA    Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Benjamin B. Au    **Date** April 2, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 1**                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Defendant-Appellant PALMER LUCKEY

Name(s) of counsel (if any):

Ragesh K. Tangri
Benjamin B. Au
DURIE TANGRI LLP

Address:  217 Leidesdorff Street, San Francisco CA 94111

Telephone number(s):  (415) 362-6666

Email(s):  rtangri@durietangri.com; bau@durietangri.com

Is counsel registered for Electronic Filing in the 9th Circuit?     ● Yes     ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Plaintiff-Appellee TOTAL RECALL TECHNOLOGIES

Name(s) of counsel (if any):

Robert W. Stone
Andrea P. Roberts
QUINN EMANUEL URGUHART & SULLIVAN, LLP

Address:  555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065

Telephone number(s):  (650) 801-5000

Email(s):  robertstone@quinnemanuel.com; andreaproberts@quinnemanuel.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                          *1*                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Defendant-Appellant PALMER LUCKEY

Name(s) of counsel (if any):

Michael G. Rhodes; Mark F. Lambert; Angela L. Dunning
COOLEY LLP

Address: 3175 Hanover Street, Palo Alto CA 94304-1130

Telephone number(s): (650) 843-5000

Email(s): rhodesmg@cooley.com;mlambert@cooley.com;adunning@cooley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Plaintiff-Appellee TOTAL RECALL TECHNOLOGIES

Name(s) of counsel (if any):

Michael D. Powell
QUINN EMANUEL URGUHART & SULLIVAN, LLP

Address: 50 California Street, 22nd Floor, San Francisco CA 94111

Telephone number(s): (415) 875-6600

Email(s): mikepowell@quinnemanuel.com;totalrecalloculus@quinnemanuel.com

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

Continued list of parties and counsel: (attach additional pages as necessary)

<u>Appellants</u>

Name(s) of party/parties:

Defendants-Appellants PALMER LUCKEY and FACEBOOK TECHNOLOGIES, LLC

Name(s) of counsel (if any):

Michael E. Rayfield
MAYER BROWN LLP

Address: 1221 Avenue of the Americas, New York NY 10016

Telephone number(s): (212) 506-2500

Email(s): mrayfield@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

<u>Appellees</u>

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:



Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                               3                        Rev. 12/01/2018

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 2, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Benjamin B. Au*
BENJAMIN B. AU
