# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: | Northern District of California

U.S. District Court case number: | 3:15-cv-02281-WHA

Date case was first filed in U.S. District Court: | 05/20/2015

Date of judgment or order you are appealing: | 03/25/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes     ○ No     ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Defendant-Appellant FACEBOOK TECHNOLOGIES, LLC

Is this a cross-appeal?   ○ Yes     ◉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◉ Yes     ○ No

If Yes, what is the prior appeal case number? | 17-15668; 19-15544

Your mailing address:

Cooley LLP

101 California Street, 5th Floor

City: San Francisco     State: CA     Zip Code: 94111

Prisoner Inmate or A Number (if applicable):

**Signature** | /s/ Michael G. Rhodes     **Date** | April 5, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Defendant-Appellant FACEBOOK TECHNOLOGIES, LLC |

Name(s) of counsel (if any):

| |
|---|
| Michael G. Rhodes; Mark F. Lambert; Kristine A. Forderer<br>COOLEY LLP |

Address: 101 California Street, 5th Floor, San Francisco, CA 94111

Telephone number(s): (415) 693-2000

Email(s): rhodesmg@cooley.com;mlambert@cooley.com;kforderer@cooley.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Plaintiff-Appellee TOTAL RECALL TECHNOLOGIES |

Name(s) of counsel (if any):

| |
|---|
| Robert W. Stone; Brian Cannon<br>QUINN EMANUEL URGUHART & SULLIVAN, LLP |

Address: 555 Twin Dolphin Drive, 5th Floor, Redwood Shores, CA 94065

Telephone number(s): (650) 801-5000

Email(s): robertstone@quinnemanuel.com; briancannon@quinnemanuel.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Defendant-Appellant FACEBOOK TECHNOLOGIES, LLC

Name(s) of counsel (if any):

Lauren Goldman
Michael Rayfield

Address: 1221 Avenue of the Americas  New York, NY 10016

Telephone number(s): (212) 506-2500

Email(s): lrgoldman@mayerbrown.com; mrayfield@mayerbrown.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellees**

Name(s) of party/parties:

Plaintiff-Appellee TOTAL RECALL TECHNOLOGIES

Name(s) of counsel (if any):

Michael D. Powell
QUINN EMANUEL URGUHART & SULLIVAN, LLP

Address: 50 California Street, 22nd Floor, San Francisco CA 94111

Telephone number(s): (415) 875-6600

Email(s): mikepowell@quinnemanuel.com;totalrecalloculus@quinnemanuel.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

         /s/ Michael G. Rhodes
         Michael G. Rhodes