FILED

APR 8 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>PALMER LUCKEY; FACEBOOK TECHNOLOGIES, LLC,<br><br>    Defendants-Appellants. | No.   21-15590<br><br>D.C. No. 3:15-cv-02281-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| TOTAL RECALL TECHNOLOGIES,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>FACEBOOK TECHNOLOGIES, LLC,<br><br>    Defendant-Appellant,<br><br> and<br><br>PALMER LUCKEY,<br><br>    Defendant. | No.   21-15609<br><br>D.C. No. 3:15-cv-02281-WHA<br>Northern District of California,<br>San Francisco |

Before: CLIFTON and MURGUIA, Circuit Judges.

    Appeal Nos. 21-15590 and 21-15609 are consolidated.

    The court has received the emergency motions for a stay pending appeal filed on April 2, 2021, in No. 21-15590, and on April 7, 2021, in No. 21-15609.

SZ/MOATT

We grant a temporary stay of the district court's March 25, 2021 order pending this court's decision on the emergency motions.

Appellee's consolidated response to these motions is due by 5 p.m. Pacific Time on April 12, 2021.  The replies are due by 5 p.m. Pacific Time on April 14, 2021.

The briefing schedule established on April 2, 2021, in appeal No. 21-15590, shall govern these consolidated appeals.