UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PALMER LUCKEY, et al.,<br><br>　　　　Defendants. | No. C 15–02281 WHA<br><br>**REQUEST FOR FURTHER RESPONSE** |

By **MONDAY AT NOON**, TRT shall please state, with respect to each of the endeavors set out as bullet points on pages 3 and 4 of defendants' latest brief, the full extent to which TRT contends such endeavor was permitted versus not permitted by the contract.

Also by that time, both sides shall please review the record in the *Christie's* case and advise whether both sides in that matter agreed that the issue of contract interpretation should go to the jury in the way that it did.

**IT IS SO ORDERED.**

Dated: April 14, 2021

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE