FILED

APR 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>PALMER LUCKEY; FACEBOOK TECHNOLOGIES, LLC,<br><br>　　　　Defendants-Appellants. | No.　21-15590<br><br>D.C. No. 3:15-cv-02281-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |
| TOTAL RECALL TECHNOLOGIES,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>FACEBOOK TECHNOLOGIES, LLC,<br><br>　　　　Defendant-Appellant,<br><br>and<br><br>PALMER LUCKEY,<br><br>　　　　Defendant. | No.　21-15609<br><br>D.C. No. 3:15-cv-02281-WHA<br>Northern District of California,<br>San Francisco |

Before: CLIFTON and MURGUIA, Circuit Judges.

　　The emergency motions (Docket Entry No. 2-4 in 21-15590; Docket Entry No. 2-3 in 21-15609) for a stay of the district court's March 25, 2021 order are granted. *See Nken v. Holder*, 556 U.S. 418, 426 (2009). The district court's

SZ/MOATT

March 25, 2021 order denying seven administrative motions to seal is stayed pending appeal.

Appellants' motions to file under seal (Docket Entry No. 2-1 in 21-15590; Docket Entry No. 2-1 in 21-15609) are referred to the panel assigned to decide the merits of these consolidated appeals.

These consolidated appeals shall be expedited and assigned to the next available panel upon completion of briefing. *See* 9th Cir. Gen. Order 3.3(f).

The previously established briefing schedule remains in effect. No streamlined extensions of time will be approved. *See* 9th Cir. R. 31-2.2(a)(1).