UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY, et al.,

    Defendants.

No. C 15–2281 WHA

**NOTICE RE CONTRACT CONSTRUCTION ORDER**

The Court has read both sides' submissions regarding credibility issues for our jury. The final construction order explained all that needs explaining. *No* further orders will issue on contract interpretation until possibly the end of the trial evidence in the first phase of trial. Silence between then and now should not be construed as agreement or disagreement with any of the recent arguments in both sides' submissions.

**IT IS SO ORDERED.**

Dated: July 26, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE