UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY and FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLC),

    Defendants.

No. C 15-02281 WHA

**PRELIMINARY JURY INSTRUCTION RE CONTRACT INTERPRETATION**

Appended hereto is a proposed preliminary instruction on contract interpretation that the Court may give to the jury after it has heard the basic facts leading up to the August 1 agreement. Counsel shall please provide any proposed revisions by the first day of evidence.

Dated: September 23, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE