UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

    v.

PALMER LUCKEY and FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLLC),

    Defendants.

No. C 15–02281 WHA

**COURT'S PROPOSED CHARGE TO THE JURY**

**AND SPECIAL VERDICT FORM.**

Appended hereto are copies of the draft charge to the jury and special verdict form given to both sides on October 8, 2021, for discussion with the Court at the charging conference on **TUESDAY, OCTOBER 12, 2021, AT 7:30 A.M.** Counsel are reminded that all objections, additions or modifications must be made at the charging conference or in a memorandum filed by **NOON ON MONDAY, OCTOBER 11**, or else they shall be deemed waived.

    **IT IS SO ORDERED.**

Dated:  October 8, 2021.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE