UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

    v.

PALMER LUCKEY,

    Defendant.

No. C 15–02281 WHA

# COURT'S FINAL CHARGE TO BE READ TO THE JURY
## (SO COUNSEL CAN INCORPORATE INTO SLIDES)

Appended hereto are copies of the final charge to the jury and special verdict form to be read to the jury.

**IT IS SO ORDERED.**

Dated: October 12, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE