ORIGINAL
+OFFICIAL COPY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

    v.

PALMER LUCKEY,

    Defendant.

No. C 15-02281 WHA

**SPECIAL JURY VERDICT FORM FOR PHASE ONE TRIAL**

YOUR ANSWERS MUST BE UNANIMOUS. YOU MUST FOLLOW THE COURT'S FINAL CHARGE TO THE JURY.

1.    Has defendant proven his affirmative defense that his consent to the contractual obligations at issue was obtained by fraud?

Yes _____        No ✓

IF YOUR ANSWER IS "YES," THEN YOU ARE DONE; GO TO THE END, AND SIGN AND DATE THE VERDICT FORM. OTHERWISE, GO TO QUESTIONS 2 AND 3.

2. Has plaintiff TRT proven that Luckey breached his contractual obligation to TRT and that this breach was a substantial and foreseeable factor in causing TRT's harm?

Yes _____        No \_\_\_✓_____

If you answered "yes," then state your reason(s) for your finding that Luckey breached.

_____

_____

3. With respect to plaintiff's claim of constructive fraud, has plaintiff proven that Luckey and TRT were in a confidential relationship (within the meaning of the final charge to the jury)?

Yes _____        No \_\_\_✓_____ 

IF YOUR ANSWER IS "YES," THEN GO TO THE NEXT QUESTION. OTHERWISE, GO TO THE END AND SIGN AND DATE THE VERDICT FORM.

4. Has plaintiff TRT proven that Luckey committed constructive fraud?

Yes _____   No ___✓___

Dated: October __13__, 2021.

_____
JURY FOREPERSON

AARON POLLOCK