UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY, et al.,

    Defendants.

No. C 15–02281 WHA

**FINAL JUDGMENT**

In light of the jury verdict (Dkt. 537), **FINAL JUDGMENT** is hereby entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: October 13, 2021

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE