UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

v.

PALMER LUCKEY,

    Defendant.

No. C 15-02281 WHA

**ORDER DENYING MOTION TO SEAL**

TRT moves to seal information previously designated as confidential by defendant (Dkt. 529). The request proposes redacting a sentence in TRT's opposition to defendant's renewed *Daubert* motion, which explains that Facebook indemnified Luckey from any potential losses resulting from this lawsuit. TRT takes no position on whether the information should be sealed and defendant did not submit declarations in support of this motion.

Because the indemnification agreement bears upon the defense strategy in the litigation, this information should remain public. The motion is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: October 18, 2021

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE