UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

    v.

PALMER LUCKEY,

    Defendant.

No. C 15-02281 WHA

**ORDER GRANTING MOTION TO SEAL**

Defendant seeks to seal portions of damages expert Alan Ratliff's report and documents attached to it (Dkt. 474). The requested redactions protect financial information including benefits conveyed to Luckey from the FBT merger, ability-to-pay information, the number of Oculus shares that went to Luckey and other third-party founders, and information about the Oculus-FBT merger transaction.

There is little public interest in this information given that this case never reached the issue of damages after the jury's verdict on liability. The motion to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 18, 2021

                                  WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE