UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOTAL RECALL TECHNOLOGIES,

    Plaintiff,

  v.

PALMER LUCKEY,

    Defendant.

No. C 15-02281 WHA

**ORDER DENYING MOTION TO SEAL INTERROGATORY RESPONSES**

    Plaintiff seeks to seal the entirety of documents submitted in support of defendant's motions in limine based on their designation as confidential (Dkt. 461). The documents include Luckey's response to the first set of interrogatories, the amended responses to those interrogatories, a correction to the amended responses, and both Luckey and Oculus's separate responses to a fourth set of interrogatories. Plaintiff takes no position on whether these documents warrant sealing and defendant has not submitted a declaration opposing the motion.

    No compelling reasons for sealing have been given, there is little privacy interest in the responses, and some of the responses were used as impeachment evidence at trial. The motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: October 21, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE