QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Brian Cannon (Bar No. 193071)
briancannon@quinnemanuel.com
Andrea Pallios Roberts (Bar No. 228128)
andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>PALMER LUCKEY & FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLC),<br><br>Defendants. | CASE NO. 15-CV-02281 WHA<br><br>**NOTICE OF APPEAL** |

To the clerk of the Court and all parties of record:

NOTICE IS HEREBY GIVEN that Plaintiff Total Recall Technologies appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court (Dkt. 538), entered in this case on October 13, 2021, and each and every part thereof insofar as adverse to Total Recall Technologies, and any and all orders, decisions, and rulings that gave rise

to the judgment, including but not limited to the orders reflected in district court docket entry numbers 341, 345, 351, 358, 367, 375, 376, 381, 385, 389, 391, 392, 396, 387, 405, 408, 409, 411, 418, 420, 424, 427, 428, 431, 455, 475, 477, 482, 485, 489, 490, 491, 496, 501, 502, 509, 515, 516, 525, 526, 535, 536, 537, 540, 541, 542, 547, and 551.

DATED: November 11, 2021

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *_/s/ Michael D. Powell_*

Robert W. Stone
Brian Cannon
Andrea Pallios Roberts
Michael D. Powell
Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES