1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7

8                                   NORTHERN DISTRICT OF CALIFORNIA

9

10    TOTAL RECALL TECHNOLOGIES,

11              Plaintiff,                              No.  C 15-02281 WHA

12         v.

13    PALMER LUCKEY, et al.,                            **ORDER GRANTING RENEWED
                                                        MOTIONS TO SEAL**
14              Defendants.

15   _____

16         After appeal of a prior denial of defendants' motion to seal (Dkt. 353), our court of

17   appeals remanded for further proceedings in line with its order to limit the sealing request to

18   materials with compelling justifications for remaining nonpublic.  Unlike the prior motion, the

19   renewed motion leaves out superfluous requests to seal mere trivia.  The judge thanks the

20   parties for their more manageable and reasonable requests in their renewed motions.

21         Luckey's renewed motion seeks to redact limited portions of documents containing

22   Luckey's bank account information and information about Luckey's assets (Dkt. 559 at 1–3).

23   The requested redactions are justified by compelling reasons (Dkt. 559 at 3).  This information

24   is not necessary to the public's interest in this litigation, especially in light of the jury's verdict

25   in favor of Luckey.  The motion is **GRANTED**.

26         Facebook's renewed motion to seal seeks to redact portions of TRT's damages reports

27   and their rebuttals which contain figures about Facebook's financial information (*e.g.,* profits,

28   losses, capitalization) and information about HMD sales and royalty-related damages (Dkt. 558

United States District Court
Northern District of California

at 6–7).  Facebook seeks to seal in its entirety a document containing information related to the

Oculus-Facebook merger that includes third-parties' financial information and home addresses

(Dkt. 558 at 6).  These requests are justified with compelling reasons (Dkt. 558 at 2–4).

Further, this information is not necessary to the public's understanding of this case because

neither Luckey nor Facebook were found liable for damages.  The motion is therefore

**GRANTED**.

    The hearing set for Monday, November 29, 2021, is hereby **VACATED**.

    **IT IS SO ORDERED.**

Dated:  November 24, 2021.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California