QUINN EMANUEL URQUHART & SULLIVAN, LLP
ROBERT W. STONE (Bar No. 163513)
robertstone@quinnemanuel.com
BRIAN CANNON (Bar No. 193071)
briancannon@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
MARK F. LAMBERT (197410)
(mlambert@cooley.com)

3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Defendants FACEBOOK TECHNOLOGIES, LLC and PALMER LUCKEY
(*Additional counsel on signature block*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TOTAL RECALL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>PALMER LUCKEY and FACEBOOK TECHNOLOGIES, LLC (F/K/A OCULUS VR, LLC).<br><br>Defendants. | CASE NO. 15-CV-02281 WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>Judge: Honorable William Alsup |

Plaintiff Total Recall Technologies ("TRT") and Defendants Palmer Luckey and Facebook Technologies, LLC (F/K/A Oculus VR, LLC) (collectively "Defendants") (TRT and Defendants collectively the "Parties"), by and through their undersigned counsel of record, hereby submit this Stipulation and Proposed Order of Dismissal.

WHEREAS on October 13, 2021, following a jury trial, this Court entered final judgment in favor of Defendants in the above-captioned action (ECF 538) ("Final Judgment");

WHEREAS on November 11, 2021, Plaintiff TRT timely filed its Notice Of Appeal to the United States Court of Appeals for the Ninth Circuit (ECF 554) ("Appeal"), which was docketed as Appeal No. 21-16901;

WHEREAS Plaintiff-Appellant TRT filed its Motion To Voluntarily Dismiss the Appeal on August 2, 2022 (Appeal Docket Entry No. 15);

WHEREAS on August 5, 2022, the Ninth Circuit granted the motion and dismissed the Appeal (Appeal Docket Entry No. 16); and

WHEREAS, notwithstanding entry of Final Judgment dismissal of the Appeal, this matter remains open in the United States District Court;

WHEREAS, the Parties wish to close the above-captioned action before this United States District Court;

NOW, THEREFORE, the Parties stipulate and request that this action should be closed and dismissed.

**IT IS SO STIPULATED.**

DATED: April 29, 2024

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *_/s/ Brian Cannon_*
Brian Cannon
Robert W. Stone
Attorneys for Plaintiff TOTAL RECALL TECHNOLOGIES

DATED: April 29, 2024

COOLEY LLP

By *_/s/ Kristine Forderer_*
Kristine Forderer
Michael G. Rhodes
Mark F. Lambert

Attorneys for Defendants
FACEBOOK TECHNOLOGIES, LLC and PALMER LUCKEY

MORRISON & FOERSTER LLP
Ragesh Tangri (159477)
rtangri@durietangri.com
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000

Attorneys for Defendant PALMER LUCKEY

**~~[PROPOSED]~~ ORDER OF DISMISSAL**

**PURSUANT TO STIPULATION**, the Court **ORDERS** that pursuant to the Final Judgment and dismissal of the Appeal, this matter is hereby dismissed.

**IT IS SO ORDERED.**

Dated: **April 30**, 2024

HON. WILLIAM ALSUP
United States District Court Judge

**DECLARATION OF CONSENT**

I, Brian Cannon, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to Local Rule 5-1(i)(3) of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood Shores, California on April 29, 2024.

By: /s/ Brian Cannon
Brian Cannon